UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE THOMAS,

    Petitioner,

Case No. 1:03-cv-875

v.

HON. DAVID W. McKEAGUE

PAUL RENICO,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Robert Lee Thomas having petitioned the Court for writ of habeas corpus under 28 U.S.C. § 2254; and

The petition having been reviewed pursuant to 28 U.S.C. § 636(b) by the United States Magistrate Judge who, on April 18, issued a report and recommendation recommending that the petition be denied; and

The report and recommendation having been duly served on the parties and no objection having been filed within the time permitted by law; and

The Court having duly considered the report and recommendation and finding that it is well-reasoned and in accord with applicable law; now therefore,

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the opinion of the Court; and

**IT IS FURTHER ORDERED** that petition for writ of habeas corpus is **DENIED**.


Dated: May 11, 2005                              /s/   David W. McKeague
                                                            DAVID W. McKEAGUE
                                                             UNITED STATES DISTRICT JUDGE